UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER L. SERBAY, individually
and on behalf of others similarly situated,

    Plaintiff,

v.                                                                  Case No. 16-12716
                                                                 HON. AVERN COHN

DIALOGDIRECT, INC., a Delaware
corporation and ALLEGRA DIRECT
COMMUNICATIONS, INC., a
Michigan corporation,

    Defendants.

_____/

## ORDER APPROVING FLSA SETTLEMENT

The parties having stipulated to the relief granted herein, the Court having reviewed the parties' Joint Motion to Approve Settlement (Doc. 99) and the settlement agreement in this case (Doc. 103), and finding it to be a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (FLSA), and the Court being fully advised in the premises:

The Court APPROVES the parties' settlement.

IT IS HEREBY ORDERED that Plaintiffs' counsel shall file a notice withdrawing the consent forms of all Non-Participating Opt-In Plaintiffs, without prejudice, on or before December 21, 2017.

IT IS FURTHER ORDERED that, upon the filing of the notice withdrawing the consent forms of all Non-Participating Opt-In Plaintiffs, that this case be dismissed with

prejudice, and except as specifically set forth in the parties' settlement agreement, without costs, interest, or attorney's fees. Accordingly, after Plaintiffs' counsel files the notice, the Court will enter a final order of dismissal, which will resolve all issues and close the case.

IT IS ALSO ORDERED that the Court retains jurisdiction to enforce the obligations of the parties under the settlement agreement.

IT IS SO ORDERED.

                                                s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

Dated: November 21, 2017
      Detroit, Michigan